IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROSTHWAITE,

        Plaintiff,

v.

SAN JOSE WATER CO.

        Defendant.

No. C 05-0698 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

ADR CERTIFICATION

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration     ☒ ENE     ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

Dated: 6/3/05

Attorney for Plaintiff

Dated: 6/3/05

Attorney for Defendant

IT IS SO ORDERED:

Dated: 6/8/05      /s/ CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
G:\ADRALL\ADRPC3A.FRM

REV. 5/00

# SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

(Note: This Certification must be signed by each party and its counsel.)

Dated: 6-6-05
[Typed name and signature of plaintiff]
Wayne E. McBride, Collection Manager

Dated: 6/3/05
[Typed name and signature of counsel for plaintiff]
Tracy L. Mainguy, Attorney for Plaintiff

Dated: 6/3/05
SUZY PAPAZIAN
[Typed name and signature of defendant]

Dated: 6/3/05
Rona F. Layton
[Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
2