1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400
   (408) 297-1104 (fax)
4  rlayton@simsandlayton.com

5  Attorneys for Defendant
   San Jose Water Company
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12 | GIL CROSTHWAITE, et al.,        | Case No. C-05- 00698 CW
13 |         Plaintiffs,             | STIPULATION TO CONTINUE CASE
   |                                 | MANAGEMENT CONFERENCE;
14 | v.                              | [PROPOSED] ORDER THEREON
15 |                                 | DATE:       June 24, 2005
   | SAN JOSE WATER COMPANY,         | TIME:       1:30 p.m.
16 |                                 | JUDGE:      Hon. Claudia Wilken
   |         Defendant.              | COURTROOM:  2
17

18       Plaintiffs and Defendant hereby stipulate and agree to continue the case management

19 conference currently calendared for June 24, 2005 at 1:30 p.m. until July 1, 2005 at 1:30 p.m. The

20 reason for the continuance is that Defendant's counsel will be out of the state on June 24, 2005, and

21 unable to appear.

22
                                          OPERATING ENGINEERS LOCAL UNION
23                                        NO. 3 TRUST FUNDS-MULTI-SERVICES

24 Dated: 6/3/05                     By:  _____
                                          TRACY L. MAINGUY
25                                        Attorney for Plaintiffs

26 Dated: 6/3/05                          SIMS & LAYTON

27                                   By:  _____
                                          RONA P. LAYTON,
28                                        Attorneys for Defendant

Stipulation and Order 05-00698 CW

## ORDER

Good cause appearing, the case management conference relating to the above-captioned matter, which is currently calendared for June 24, 2005 at 1:30 p.m. is continued until July 1, 2005 at 1:30 p.m.

Dated: 6/8/05

/s/ CLAUDIA WILKEN

HON. CLAUDIA WILKEN
UNITED STATE DISTRICT COURT JUDGE

Stipulation and Order 05-00698 CW